UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LISA JACKSON<br>*Plaintiff,*<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§   CIVIL ACTION NO. SA-23-CV-00784-XR<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lisa Jackson and Defendant Allstate Vehicle and Property Insurance Company, collectively the Parties herein, file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and state as follows:

1. Plaintiff no longer desires to pursue her suit against Defendant and desires to dismiss with prejudice all claims in this suit.

2. Defendant agrees to the dismissal with prejudice.

Respectfully submitted,

*/s/ Lisa Jackson*
**LISA JACKSON**
2818 Barrel Oak St.
San Antonio, Texas 78231
(210) 771-7701
Lisajackson7117@gmail.com
*Pro Se Plaintiff*

-And-

*/s/ Jenna S. Ard*
**Jenna S. Ard**
State Bar No. 24122143

{00979430}

jard@valdeztrevino.com
**Michael M. Novak**
State Bar No. 24092905
mnovak@valdeztrevino.com
**VALDEZ & TREVIÑO**
**ATTORNEYS AT LAW, P.C.**
Callaghan Tower
8023 Vantage Dr., Suite 700
San Antonio, Texas 78230
Telephone: (210) 598–8686
Facsimile: (210) 598–8797
*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*

### CERTIFICATE OF SERVICE

I do hereby certify that the foregoing instrument was served on the following counsel this 8th day of October 2024, pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system:

Lisa Jackson
2818 Barrel Oak St.
San Antonio, Texas 78231
Lisajackson7117@gmail.com
*Pro Se Plaintiff*

_____
Jenna S. Ard

{00979430}